UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,
100 F Street, N.E.
Washington, D.C. 20549,

    Plaintiff,

v.

DELTA & PINE LAND COMPANY
One Cotton Row
Scott, Mississippi 38772,

and

TURK DELTAPINE, INC.
One Cotton Row
Scott, Mississippi 38772,

    Defendants.

07 1352

## FINAL JUDGMENT AS TO DEFENDANTS DELTA & PINE LAND COMPANY AND TURK DELTAPINE, INC.

The Securities and Exchange Commission having filed a Complaint and Defendants Delta & Pine Land Company and Turk Deltapine, Inc. having entered a general appearance; consented to the Court's jurisdiction over Defendants and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants Delta & Pine Land Company and Turk Deltapine, Inc. shall jointly and severally pay a civil penalty in the amount of

$300,000.00 pursuant to Sections 21(d)(3) and 32(c)(2)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(3) and 78ff(c)(2)(B). Defendants shall make this payment within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Delta & Pine Land Company and Turk Deltapine, Inc. as defendants in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendants shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consents are incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: *August 21, 2007*

_____
UNITED STATES DISTRICT JUDGE